◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SUMPTER, Appellant.— On the court's own motion, the decision handed down July 20, 1960 (11 A D 2d 810) is amended by striking out the designation of George M. Goldman, Esq., as counsel to prosecute the appeal, and by designating Samuel Yachelson, Esq., 5915 Fourth Ave., Brooklyn, New York, as such counsel. The appellant's time to perfect the appeal is further enlarged to the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TYLER TOULON, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time is enlarged to the February Term, commencing January 30, 1961; the appeal is ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BURTON WEINSTEIN, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file six copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is further enlarged to the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. Motion for assignment of counsel granted. Louis Waldman, Esquire, 305 Broadway, New